UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

G-I HOLDINGS

v.

BARON & BUDD

---

No. 06-0174-cv

*FILED APR 17 2007 — Thomas Asreen, Acting Clerk, Second Circuit*

## MEMORANDUM OF STAFF COUNSEL

To: Clerk's Office

From: Stanley A. Bass

Date: April 17, 2007

The Bankruptcy Court in New Jersey has issued a stay order of this appeal. Accordingly, the Clerk's Office shall enter an order staying this appeal.

FOR THE COURT
Thomas Asreen, Acting Clerk
By /s/ Stanley A. Bass
Stanley A. Bass, Staff Counsel

A TRUE COPY
Thomas Asreen, Acting Clerk
by _____
Deputy Clerk

CERTIFIED: 04/19/07