**MANDATE**

SDNY/NYNY
01-cv-216
Sweet

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ~~DEC 0 3 2009~~

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

G-I HOLDINGS INC.,

    *Plaintiff-Appellant,*

    v.

BARON & BUDD; FREDERICK BARON;
RUSSELL BUDD; NESS, MOTLEY,
LOADHOLT, RICHARDSON & POOLE;
RONALD MOTLEY; JOSEPH RICE;
WEITZ & LUXENBERG; PERRY WEITZ;
and ROBERT GORDON,

    *Defendants-Appellees.*

Docket No. 06-0174-cv

STIPULATION OF DISMISSAL
UNDER FED. R. APP. P. 42(b)



Pursuant to (i) section 9.7 of the Eighth Amended Joint Plan of Reorganization of G-I Holdings Inc. and ACI Inc. Pursuant to Chapter 11 of the Bankruptcy Code filed October 5, 2009 and confirmed by order, dated November 12, 2009, jointly issued by the United States District Court and the United States Bankruptcy Court for the District of New Jersey in District Court Case No. 09-cv-05031 (GEB) and Bankruptcy Court Case Nos. 01-30135 and 01-38790 (RG) and (ii) Rule 42(b) of the Federal Rules of Appellate Procedure, the above-captioned appeal is dismissed with prejudice and without costs to any party. The undersigned counsel further agree that this stipulation may be executed in counterparts and that signatures sent by facsimile shall operate as original signatures.

Dated: November 24, 2009

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Max Gitter

One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2610
Fax: (212) 225-3999

Attorneys for Plaintiff-Appellant G-I Holdings Inc.

CERTIFIED: DEC - 1 2009

Dated: November 20, 2009

MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

By: /s/ Elkan Abramowitz
Elkan Abramowitz

565 Fifth Avenue
New York, NY 10017
Phone: (212) 880-9500
Fax: (212) 856-9494

Attorneys for Defendants-Appellees Weitz & Luxenberg, Perry Weitz, and Robert Gordon

Dated: November 23, 2009

MCDERMOTT WILL & EMERY

By: /s/ Abbe David Lowell

600 13th Street, N.W.
Washington, D.C.
20005-3096
Phone: (202) 756-8000
Fax: (202) 756-8087

Attorneys for Defendants-Appellees Baron & Budd, Frederick Baron, and Russell Budd

Dated: November 23, 2009

DIMURO GINSBERG PC

By: /s/ Stephen L. Neill

908 King Street
Suite 200
Alexandria, Virginia 22314
Phone: (703) 684-4333
Fax: (703) 548-3181

Attorneys for Defendants-Appellees Baron & Budd, Frederick Baron, and Russell Budd

Dated: November 23, 2009

STORCH, AMINI & MUNVES, P.C.

By: /s/ Steven G. Storch

140 E. 45th Street, 25th Floor
New York, NY 10017
Phone: (212) 490-4100
Fax: (212) 490-4208

Attorneys for Defendants-Appellees Ness, Motley, Loadholt, Richardson & Poole, Joseph Rice, and Ronald Motley

SO ORDERED
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By /s/ Stanley A. Bass
Stanley A. Bass, Staff Counsel

Nov. 30, 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by /s/ Anna Greenidge
DEPUTY CLERK